**Susan GATES, Plaintiff–Appellant,**

v.

**MGM GRAND DETROIT, L.L.C., Defendant–Appellee.**

**No. 03–2505.**

United States Court of Appeals, Sixth Circuit.

March 1, 2005.

Eric I. Frankie, Miller Cohen, Detroit, MI, for Plaintiff–Appellant.

Louis Theros, Rick A. Haberman, Ryan K. Mulally, Dickinson, Wright, PLLC, Detroit, MI, for Defendant–Appellee.

Before: BATCHELDER, COLE, Circuit Judges, and RUSSELL, District Judge.*

**OPINION**

PER CURIAM.

Plaintiff–Appellant Susan Gates appeals the district court's grant of summary judgment to Defendant–Appellee MGM Grand Detroit in this case brought pursuant to the Family Medical Leave Act ("FMLA"). 29 U.S.C. § 2601 et seq. The district court found that Gates did not establish a *prima facie* case of retaliation under the FMLA because she failed to show a causal connection between her FMLA-protected leave and her discharge. In the alternative, the court found that Gates failed to show that MGM's legitimate, non-discriminatory reason for discharge was pretextual.

This Court reviews a district court's grant of summary judgment *de novo*. *McKay v. Toyota Motor Mfg., USA, Inc.,* 110 F.3d 369, 372 (6th Cir.1997). We have reviewed the record and the parties' submissions. For substantially the same reasons set forth in the district court's comprehensive opinion dated October 2, 2003, we AFFIRM the grant of summary judgment.

* The Honorable Thomas B. Russell of the United States District Court for the Western District of Kentucky, sitting by designation.